# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 97-41266
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FAXON DOUGLAS MULHOLLAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CV-166

_____

September 30, 1998

Before KING, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

Faxon Douglas Mulhollan, federal prisoner no. 99321-012, appeals the district court's denial

of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. Mulhollan argues that (1)

he was denied effective assistance of counsel, (2) the district court erred in applying the sentencing

guidelines, (3) exculpatory and/or impeachment evidence was improperly withheld, (4) the district

court improperly refused to review Government evidence to ensure that exculpatory and/or evidence

was provided to him, and (5) the district court improperly mischaracterzed the evidence during jury

instructions. Having reviewed the record and the arguments on appeal, we affirm for essentially the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

same reasons adopted by the district court.  <u>See</u> <u>United States v. Mulhollan</u>, 1:96-CV-166 (E.D. Tex. Sept. 15, 1997).

AFFIRMED.